Law Office of Vida Halavi   SBN. 136999
11040 Santa Monica Boulevard, Suite 400
Los Angeles, CA 90025
Tel: 310-478-4950
Fax: 888-588-4092
vhalavi@gmail.com

Attorney for Defendants 1777 Westwood Limited Partnership, and Farzin Halavy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay,<br><br>    Plaintiff,<br><br>vs.<br><br>1777 Westwood Limited Partnership, A California Limited Partnership; Farzin Halavy; Sutthiwan Soontornvipat; and DOES 1-10,<br><br>    Defendants, | **CASE NO.: 2:17-cv-00333**<br><br>**Judge Otis D. Wright, II**<br><br>**DEFENDANTS' 1777 WESTWOOD, LP and FARZIN HALAVY'S INITIAL DISCLOSURES**<br>[Federal Rules of Civil Procedure Rule 26(a)(1)]<br><br>[Pre-Trial Conf: 8/27/2018<br>[Trial:     9/18/2018 |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Defendants, 1777 Westwood, LP and Farzin Halavy exchange the following information as part of their initial disclosures and makes the following evidentiary disclosures as set forth herein.

Defendants reserve the right to revise, amend, update, withdraw and/or supplement these disclosures should new information become available. Furthermore, said disclosures are made without waiver, intentional or otherwise, of any and all privileges provided by law, including without limitation, the attorney/client privilege and work product privilege.

**A.        Witnesses**

The following individuals have discoverable information that Defendants may use in their defense in this case:

| Name & Contact | Subject Matter |
| --- | --- |
| Farzin Halavy, Available through Counsel | Mr. Halavy is one of the Defendants in this matter, is a partner of the Defendant 1777 Westwood, LP, and is familiar with the following facts: service of the summons and complaint, remediation of the alleged violations, condition of the premises, history and use of the property, and any other defense put forth by Defendants; |
| Sue Soontornvipat, Thai Fresh Restaurant 1771 Westwood Boulevard, LA, CA 90024 suesoontornvipat@gmail.com | Ms. Soontornvipat (referred to as Sue), is the owner of the Thai Fresh Restaurant at 1771 Westwood Boulevard, LA, Ca 90024, and is familiar with the parking, the condition and use of the restaurant, the bathroom in the restaurant, customers at the restaurant. |
| Amir Hamidzadeh CASp-093 Available through Defendant's Counsel | Mr. Hamidzadeh is a DSA Certified Access Specialist, , CASp-093 of Development Solution who inspected the premises, parking lot and the subject bathroom in the restaurant on July 15, 2017, and took measurements and photographs of the parking, paths of travel, and restroom at the Restaurant and verified that they complied with ADA, ADAAG, AND 2016 Ca Building Code. |

Discovery and investigation is continuing in this matter and additional witnesses will be disclosed when new information becomes available, and Defendants reserve the right to supplement these disclosures and produce additional witness who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

**B.      Documents**

The following documents are currently within Defendants' possession, custody, or control and may be used in their defense in this case.

- photographs of the parking, signage, paths of travel, and entrance at the Restaurant Previously produced as Exhibit to Defendants' Statement of Remediation or No Violation [Doc #25] on 6/9/2017, and CASp report dated 7/24/2017 produced as Exhibit to Defendant's Motion to Dismiss [Doc 31] on 9/27/17 ;

- Photographs of the restroom mirror, sink cabinet and signs that restroom is not for public use previously produced as Exhibit to Defendants' Statement of Remediation or No Violation [Doc #25] on 6/9/2017, and CASp report dated 7/24/2017 produced as Exhibit to Defendant's Motion to Dismiss [Doc 31] on 9/27/17;

- Email chain of 2/28/2017 between Defendants' attorney Vida Halavi

and Plaintiff's attorney Phyl Grace regarding remediation of the parking space and that the bathroom was not for public use. Previously produced as Exhibit to Defendants' Statement of Remediation or No Violation [Doc #25] on 6/9/2017;

- Pacer Case Locator search showing Plaintiff and her attorney to be serial filers who have filed at least 166 substantially identical complaints since 2015 Previously produced as Exhibit to Defendants' Statement of Remediation or No Violation [Doc #25] on 6/9/2017;

- Defendant's Statement of Remediation or No Violation [Doc #25] filed on 6/9/2017.

- CASp report by Amir Hamizadeh of Development Solutions dated July 24, 2017 produced as Exhibit attached to Defendant's Motion to Dismiss [Doc 31] on 9/27/17;

- 1 photograph of the parking at the Restaurant, produced as part of Plaintiff's Initial Disclosures on 9/6/2017 .

- 1 Google map screenshot capture of the parking at the Restaurant, produced as part of Plaintiff's Initial Disclosures on 9/6/2017.

- Photo 59 of 107 taken by Plaintiff's investigator, Evan Louis, on 1/4/17 showing the sign RESTROOM NOT FOR PUBLIC inside the subject restaurant.

- Any and all responses to discovery propounded by any party to this

4

action, including responses to interrogatories, requests for production and identification of documents, requests for admissions, including all supplements and/or amendments thereto.

- Any and all further documents and materials identified during the course of further discovery in this matter.
- Any and all other evidence and/or exhibits produced by any other party for introduction at time of trial.

Discovery and investigation is continuing in this matter and additional documents will be disclosed as and when new information becomes available, and Defendants reserve the right to supplement these disclosures and the right to produce additional documents hereinafter discovered from other parties or witnesses and any documents inadvertently omitted from this disclosure as necessary and as permitted by Fed.R.Civ.P. 26(e).

## C. Category of Damages

Defendants assert that Plaintiff has not suffered any damages in so far as the subject restroom is not permitted for public use pursuant to California Heath and Safety Code Section 114276 (b)(2) and (F)(1),  and that there was a notice stating that the RESTROOM NOT FOR PUBLIC.  Plaintiff was aware of, or should have been aware of this fact since Plaintiff's investigator, Evan Louis,  has taken a photo of the sign RESTROOM NOT FOR PUBLIC during his inspection on 1/4/2017 prior to filing a

complaint in this action, as such Plaintiff has not been prejudiced and has suffered no damages.

Defendants further allege that Plaintiff has suffered no damages, and is not entitled to recovery of statutory damages for the parking violations since the parking violations were technical violations which were corrected within 15 days of when Defendants were notified of the violations pursuant to California Civil Code §55.56(e)(1)(F).

Defendants seek recovery of their attorney's fees and costs as permitted by 42 USC §12205 due to Plaintiff's frivolous filing, and her and her attorneys refusal to dismiss the case once it became apparent that the claim was frivolous, and pursuant to California Civil Code §55 .

**D.     Insurance Agreements**

Defendants are unaware of any insurance agreements under which an insurance business might be liable to satisfy all or part of a possible judgment in this action.

Dated:  October 2, 2017                    LAW OFFICES OF VIDA HALAVI

                                           _____
                                           VIDA HALAVI
                                           Attorneys for Defendants,
                                           1777 Westwood Limited Partnership,
                                           Farzin Halavy

# PROOF OF SERVICE

Shirley Lindsay vs 1777 Westwood Limited Partnership, et al,
Case No.: 2:17-cv-00333-ODW-MRW

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action; my business address is 11040 Santa Monica Boulevard, Suite 400 Los Angeles, California, 90025.

On October 2, 2017, I served the foregoing document entitled:

**DEFENDANTS' 1777 WESTWOOD, LP and FARZIN HALAVY'S INITIAL DISCLOSURES [Federal Rules of Civil Procedure Rule 26(a)(1)]**

[ ]     **BY MAIL**   I placed such envelope for deposit in the United States Mail for service by the United States Postal Service, with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

[ X ]   **BY E-MAIL TRANSMISSION**   I caused all of the pages of the above entitled document to be transmitted via email to the e-mail addresses to all parties as stated in the attached mailing list.

[ ]     **BY CM/ECF:**  I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

Executed on October 2, 2017 at Los Angeles, California.

[ ]     **STATE**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]   **FEDERAL**   I declare that I am employed in the office of a member of the bar to this court at whose direction the service was made.

_____

Declarant: Vida Halavi

7

**Electronic Mail Notice List**

Raymond Ballister, Jr., Esq. Mark Potter, Esq. Phyl Grace, Esq. Dennis Price, Esq.
Center for Disability Access
P.O. Box 262490
San Diego, CA 92196-2490 Fax: (888) 422-5191
E-mail: phylg@potterhandy.com

Attorney for Plaintiff SHIRLEY LINDSAY

Sue Soontornvipat [Defendant]
1771 Westwood Boulevard, LA, CA 90024
(323) 600-3034
suesoontornvipat@gmail.com

**Chamber Copies:**

The Honorable Otis D. Wright, II
350 W. 1st Street,
Los Angeles, CA. 90012 –
Courtroom 5D, 5th Floor.
[judge's mail box outside the Clerk's Office on the 4th floor]