CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHIRLEY LINDSAY, | **Case No. 2:17-CV-00333-ODW-MRW** |
|---|---|
| Plaintiff, | **DECLARATION OF EVENS LOUIS** |
| v. | |
| 1777 WESTWOOD LIMITED PARTNERSHIP, a California Limited Partnership; FARZIN HALAVY; SUTTHIWAN SOONTORNVIPAT; and Does 1-10, | |
| Defendants. | |

**1.** I, the undersigned, am an investigator hired by the Center for Disability Access to conduct an investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following.

**2.** I was given the assignment of going to the Thai Fresh Café located at or about 1771 Westwood Blvd, Los Angeles, California ("Restaurant") and take photographs and measurements of the parking, paths of travel, and restroom.

**3.** On January 4, 2017, I went to the Restaurant and conducted the

1

inspection.

**4.** In addition to finding non-compliant parking, I was allowed by restaurant staff into the restroom, where I found the restroom sink was a cabinet style sink, and the restroom mirror was mounted on the wall so that its bottom edge was approximately 43 inches above the floor.

**5.** The path of travel to the restroom was as narrow as 19 inches due to merchandise boxes on the floor and display racks encroaching on the path of travel.

**6.** On my January 4 visit there was a non-placard vehicle parked in the DP stall while unloading merchandise for delivery to the restaurant. The vehicle remained in the DP stall during the entire time that I was on site. The vehicle was a white Toyota Yaris with license plate 6EQA980.

**7.** I inspected the restaurant for a second time on September 22, 2017. I was again allowed by restaurant staff into the restroom. I found the width of the restroom door to be 29 inches, and I again found that path of travel to the restroom narrows to as little as 19 inches in some places due to merchandise boxes.

**8.** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: 10/9/2017

DocuSigned by:
Evens Louis
FB807F1D1A54471...

Evens Louis

2

Declaration of Evens Louis