CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com

Attorneys for Plaintiff RICARDO MURILLO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**,<br><br>    Plaintiff,<br><br>v.<br><br>**1777 Westwood Limited Partnership,** a California Limited Partnership;<br>**Farzin Halavy**;<br>**Sutthiwan Soontornvpat;**<br>And Does 1-10<br><br>    Defendants. | **Case:** 2:17-cv-00333-ODW-MRW<br><br>**Plaintiff's Notice and Motion for:**<br>1. **Relief to the Scheduling Order in Order for Plaintiff to File a First Amended Complaint; and**<br>2. **For Leave to File First Amended Complaint**<br><br>Date: March 19, 2018<br>Time: 1:30 P.M.<br>Courtroom: 5D<br><br>Hon. Judge Otis D. Wright, II |

    To all parties and to their attorneys of record:

**PLEASE TAKE NOTICE** that Plaintiff hereby moves for relief from the Scheduling Order of September 12, 2017, which Order set December 11, 2017 as the cutoff date for filing Motions to Amend, so that Plaintiff might move this Court for leave to file a First Amended Complaint. This Motion will be heard before the Honorable Otis D. Wright, II, in Court Room 5D of the above-captioned court located at 350 West 1st Street, Los Angeles, California at 1:30 P.M. on March 19, 2018.

Plaintiff moves for relief to the Scheduling Order so that he might have leave to file a First Amended Complaint This Motion is based upon the position that the proposed amendment is being brought shortly after learning of additional unlawful architectural barriers at the real property that is the subject of this complaint, which barriers were discovered at the site inspection conducted by plaintiff's designated expert witness, that it does not present a futile claim, that Plaintiff has not previously amended his complaint and the amendment does not prejudice the opposing party.

The motion for relief from the Scheduling Order and for leave to file the First Amended Complaint will be based on this notice, the memorandum of points and authorities in support of this motion, the proposed First Amended Complaint submitted as Exhibit 1 to the points and authorities, all papers and records on file herein, and any other such oral or documentary evidence that may be presented at the hearing or this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 18, 2018.

Dated: February 16, 2018                    CENTER FOR DISABILITY ACCESS

                                            By:    /s/ Elliott Montgomery
                                               Elliott Montgomery
                                               Attorneys for Plaintiff