| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | MARK D. POTTER, ESQ., SBN 166317<br>PHYL GRACE, ESQ., SBN 171771 |
| 3 | ELLIOTT MONTGOMERY, ESQ., SBN 279451<br><u>Mail</u>: P.O. Box 262490 |
| 4 | San Diego, CA 92196-2490<br><u>Deliveries</u>: 9845 Erma Road, Suite 300 |
| 5 | San Diego, CA 92131<br>Phone: (858) 375-7385 |
| 6 | Fax: (888) 422-5191 |
| 7 | ElliottM@potterhandy.com |
| 8 | Attorney for Plaintiff SHIRLEY LINDSAY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>  v.<br><br>1777 WESTWOOD LIMITED PARTNERSHIP, a California Limited Partnership;<br>FARZIN HALAVY;<br>SUTTHIWAN SOONTORNVIPAT; and Does 1-10,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:17-CV-00333-ODW-MRW<br><br>**[Discovery Matter: Referred to Magistrate Judge Michael R. Wilner]**<br><br>**Plaintiff's Notice of Motion:**<br><br>**(1) Compelling Set One Responses to Requests for the Production of Documents;**<br>**(2) Compelling Set One Responses to Interrogatories;**<br>**(3) Seeking Rule 37 Sanctions**<br><br>**Date:** March 21, 2018<br>**Time:** 9:30 a.m.<br>**Courtroom:** 550<br>**Magistrate Judge:** Hon. Michael R. Wilner<br><br>**Discovery cut-off:** June, 4 2018<br>**Pre-trial conference:** August 27, 2018<br>**Trial:** September 18, 2018 |

**TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that on March 21, 2018, at 9:30 a.m., in Courtroom 550 of the Roybal Federal Building, 255 E. Temple St. Los Angeles, 90012. Plaintiff Shirley Lindsay will and hereby does move this Court for an order compelling Defendant Sutthiwan Soontornvipat to provide: 1) Responses to Plaintiff's Requests for Production of Documents (Set One) and 2) Responses to Plaintiff's Interrogatories (Set One). Plaintiff is also seeking monetary sanctions.

This Motion is brought on the grounds that the discovery responses and documents sought by Plaintiff are relevant to the subject matter of Plaintiff's action and Defendant's refusal to provide responses and documents is without substantial justification.

This Motion will be based on the arguments presented in Plaintiff's Memorandum of Points and Authorities, the Declaration of Elliott Montgomery, the Exhibits filed concurrently with the Motion, and oral argument, if any.

Dated: February 19, 2018            CENTER FOR DISABILITY ACCESS

                                    By:  /s/ Elliott Montgomery
                                    Elliott Montgomery
                                    Attorney for Plaintiff