O

# United States District Court
# Central District of California

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>1777 WESTWOOD LIMITED PARTNRESHIP; a California Limited Partnership; FARZIN HALAVY; SUTTHIWAN SOONTORNVIPAT; and DOES 1-10,<br><br>    Defendants. | Case No. 2:17-cv-0333-ODW(AS)<br><br>**FINAL JUDGMENT** |

On January 16, 2017 Plaintiff Shirley Lindsay initiated this Americans with Disabilities Act ("ADA") case against Defendants 1777 Westwood Limited Partnership, Farvin Halavy, and Sutthiwan Soontornvipat. (Compl., ECF No. 1.) On March 5, 2018, Defendants moved for summary judgment on all of Plaintiff's ADA claims and requested that the Court decline supplemental jurisdiction over Plaintiff's state-law claim under the Unruh Civil Rights Act. (ECF No. 50.) The Court granted Defendants' Motion in full (ECF No. 70.)

///
///
///
///

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for Defendants on Plaintiff's ADA claims.
2. Plaintiff shall take nothing on her ADA claims against Defendants.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's claim under the Unruh Civil Rights Act claim and **DISMISSES** that claim without prejudice.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 20, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**